IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00558-BNB

TERRY L. NICHOLS,

      Plaintiff,

v.

UNITED STATES OF AMERICA,
FEDERAL BUREAU OF PRISONS,
HARLEY LAPPIN,
JANE DOE,
MICHAEL NALLEY,
MS. PERRY,
RON WILEY,
ROD BAUER,
DR. LAWRENCE LEYBA, M.D.,
DR. STEPHEN NAFZIGER, M.D.,
N. GLADBACH,
M. A. KELLAR,
M. SCHIEFELBEIN,
UNKNOWN ADX STAFF ACTORS,
MR. JONES (DERRICK),
DARRON GALL, and
KEITH POWLEY,

      Defendants.

---

## ORDER DRAWING CASE

---

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

[FILED stamp: UNITED STATES DISTRICT COURT, DENVER, COLORADO, APR 24 2009, GREGORY C. LANGHAM, CLERK]

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED April 24, 2009, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-00558-BNB

Terry L. Nichols
Reg. No. 08157-031
ADX - Florence
PO Box 8500
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 4/24/09

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk