IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 09-cv-00558-CMA-CBS

TERRY L. NICHOLS,

    Plaintiff,

v.

UNITED STATES OF AMERICA,
FEDERAL BUREAU OF PRISONS,
HARLEY LAPPIN,
JANE DOE,
MICHAEL NALLEY,
MS. PERRY,
RON WILEY,
ROD BAUER,
DR. LAWRENCE LEYBA, M.D.,
DR. STEPHEN NAFZIGER, M.D.,
N. GLADBACH,
M. A. KELLAR,
M. SCHIEFELBEIN,
UNKNOWN ADX STAFF ACTORS,
MR. JONES (DERRICK),
DARRON GALL, and
KEITH POWLEY,

    Defendants.

```
              FILED
    UNITED STATES DISTRICT COURT
         DENVER, COLORADO

          MAY -5 2009

      GREGORY C. LANGHAM
                       CLERK
```

---

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the Plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the Defendants. If unable to do so, the United States Marshal shall serve

a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the Defendants.  If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d).  All costs of service shall be advanced by the United States.  It is

FURTHER ORDERED that the Defendants or counsel for the Defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the Defendants.

DATED:  May __4__, 2009

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-00558-CMA-CBS

Terry L. Nichols
Reg. No. 08157-031
ADX – Florence
PO Box 8500
Florence, CO 81226

Ron Wiley, Rod Bauer, Lawrence Leyba,
Stephen Nafziger, N. Gladbach, M.A. Kellar,
M. Schappaugh, D. Schiefelbein,
Derrick Jones, Darron Gall, and Keith Powley - **WAIVER***
c/o Christopher B. Synsvoll
Attorney Advisor
**DELIVERED ELECTRONICALLY**

United States Attorney
District of Colorado
**DELIVERED ELECTRONICALLY**

Harley G. Lappin, Director - **CERTIFIED**
Federal Bureau of Prisons
320 First Street, N.W.
Washington, D.C. 20534

Federal Bureau of Prisons - **CERTIFIED**
c/o Harley G. Lappin, Director
320 First Street, N.W.
Washington, D.C. 20534

Michael Nalley, Regional Director – **CERTIFIED**
North Central Regional Office
Gateway Complex, Tower II
400 State Avenue
Kansas City, KS 66101

Ms. Perry – **CERTIFIED**
Regional Health Services Adm.
North Central Regional Office
Gateway Complex, Tower II
400 State Avenue
Kansas City, KS 66101

United States Attorney General  - **CERTIFIED**
Room 5111, Main Justice Bldg.
10th and Constitution, N.W.
Washington, D.C.  20530

     I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Chris Synsvoll for service of process on Ron Wiley, Rod Bauer, Lawrence Leyba, Stephen Nafziger, N. Gladbach, M.A. Kellar, M. Schappaugh, D. Schiefelbein, Derrick Jones, Darron Gall, and Keith Powley;  to Untied States Attorney General; to Harley Lappin; to Federal Bureau of Prisons; to Michael Nalley; to Ms. Perry; and to the United States Attorney's Office: COMPLAINT FILED 3/16/09, SUMMONS, WAIVER*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE  on 5/5/09    .

GREGORY C. LANGHAM, CLERK

By:_____
                Deputy Clerk