IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00558-CMA-CBS

TERRY L. NICHOLS,
    Plaintiff,
v.

UNITED STATES OF AMERICA,
FEDERAL BUREAU OF PRISONS,
HARLEY LAPPIN,
JANE DOE,
MICHAEL NALLEY,
MS. PERRY,
RON WILEY,
ROD BAUER,
DR. LAWRENCE LEYBA, M.D.,
DR. STEPHEN NAFZIGER, M.D.,
N. GLADBACH,
M.A. KELLAR,
M. SCHAPPAUGH,
D. SCHIEFELBEIN,
UNKNOWN ADX STAFF ACTORS,
MR. JONES (DERRICK),
DARRON GALL, and
KEITH POWLEY,
    Defendants.

---

ORDER

---

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on "Plaintiff's Motion to Amend Complaint" (filed May 7, 2009) (doc. # 20).  Pursuant to the Order of Reference dated April 28, 2009 (doc. # 17) and the memorandum dated May 8, 2009 (doc. # 22), this matter was referred to the Magistrate Judge.  The court has reviewed the motion, the entire case file, and the applicable law and is sufficiently advised in the premises.

1

Mr. Nichols seeks to amend the Complaint (doc. # 2) to clarify that "wherever the phrase 'Plaintiff's serious chronic medical issues' or other similar terminology is used to be understood to mean the ongoing physical symptoms of constipation, bleeding, hemorrhoids, cramps, gas, itching, anal ulcers, tissues in the anal sphincter muscle, hard dense stools, straining during bowel movements, and associated discomfort, pain and suffering." As Defendants have not yet filed a "responsive pleading," Mr. Nichols may amend his "pleading once as a matter of course."  Fed. R. Civ. P. 15(a).

Accordingly, IT IS ORDERED that

1.	"Plaintiff's Motion to Amend Complaint" (filed May 7, 2009) (doc. # 20) is GRANTED.

2.	The Complaint (doc. # 2) is hereby treated as supplemented by the amendments that Mr. Nichols has detailed in doc. # 20.

3.	Mr. Nichols' request that the court "direct that a copy of this Motion to Amend Complaint be served upon each Defendant . . ." is denied as unnecessary at this time.

DATED at Denver, Colorado this 13th day of May, 2009.

BY THE COURT:

  s/ Craig B. Shaffer
United States Magistrate Judge