IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00558-CMA-CBS

TERRY L. NICHOLS,
    Plaintiff,
v.

FEDERAL BUREAU OF PRISONS,
HARLEY LAPPIN,
MICHAEL NALLEY,
RON WILEY,
ROD BAUER,
DR. STEPHEN NAFZIGER, M.D.,
DERRICK JONES, and
KEITH POWLEY,
    Defendants.

---

ORDER

---

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Plaintiff Mr. Nichols' Surreply (filed November 23, 2009) (docs. # 98) and "Reply in Support of Denying . . ." (filed November 19, 2009) (doc. # 96). Currently pending before the court in this civil action are several Motions to Dismiss (docs. # 68, # 72, # 73, # 74, # 76, and # 83). Pursuant to the Order of Reference dated April 28, 2009 (doc. # 17) and the memoranda dated September 22, 2009 (doc. # 69), October 1, 2009 (doc. # 77), and October 27, 2009 (doc. # 84), the pending motions have been referred to the Magistrate Judge. Mr. Nichols has filed Responses to all of the Motions. (*See* docs. # 80, # 81, # 82, # 86, # 87, and # 93). Defendants have filed Replies to all of the Motions. (*See* docs. # 89, # 90, # 91, # 94, # 95, and # 97). The Local Rules of Practice of the United States District Court for the District of Colorado do not provide for the filing of additional replies "in

support of denying" or "surreplies."  See D.C. COLO. LCivR 7.1C.  The court is not required to accept any further briefing on the pending Motions.  Accordingly,

**IT IS ORDERED that briefing on the pending Motions to Dismiss (docs. # 68, # 72, # 73, # 74, # 76, and # 83) is CLOSED.  No further briefs will be accepted and may be stricken by the court.  The Motions have been fully briefed and the court will issue a Recommendation in due course.**

DATED at Denver, Colorado, this 23rd day of November, 2009.

BY THE COURT:

s/Craig B. Shaffer
United States Magistrate Judge